894

Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

■ ALLOYS UNLIMITED, INC., Appellant, v CAROLYN R. RAESLER et al., Defendants and Third-Party Plaintiffs-Respondents. MARSHALL D. BUTLER et al., Third-Party Defendants-Appellants, et al., Defendant and WILLIAM J. MCCORMICK et al., Third-Party Defendants-Appellants.—Order, Supreme Court, New York County, entered on July 26, 1976, unanimously affirmed on the opinion of Ascione, J., at Special Term. Respondents shall recover of appellants one bill of $60 costs and disbursements of these appeals. Concur —Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

■ MICHAEL RAPPAPORT, Respondent, v PHYLLIS VOREN, Appellant.— Order and judgment (one paper) and order, Supreme Court, New York County, entered on June 21 and July 19, 1976, respectively, unanimously affirmed on the opinion of Shainswit, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

■ ARNOLD BLUM, Respondent, v RHODA BLUM, Appellant.—Order, Supreme Court, Bronx County, entered on November 10, 1976, unanimously affirmed, for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Silverman, Lane and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MUSTO, Appellant.—Judgment, Supreme Court, New York County, rendered on July 28, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd [5]). No opinion. Concur—Murphy, J. P., Silverman, Lane and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ASTARITA, Appellant.—Judgment, Supreme Court, New York County, rendered on July 28, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd [5]). No opinion. Concur—Murphy, J. P., Silverman, Lane and Yesawich, JJ.

■ JOSHUA A. MUSS et al., as Trustees, Respondents, and HERBERT SILBERMAN et al., as Receivers, Respondents, v BERNARD BERGMAN et al., Doing Business as PARK CRESCENT NURSING HOME, et al., Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered July 7, 1976, granting the temporary receivers' motion for an order holding defendant Bernard Bergman in contempt of an order of the same court, entered May 19, 1976, which modified the initial ex parte order entered herein appointing the temporary receivers and denying defendants Bernard Bergman and Park Crescent Nursing Home's cross motion to vacate the order entered May 19, 1976, unanimously reversed, on the law, without costs and disbursements, to the extent appealed from; the cross motion of said defendants to vacate the order entered May 19, 1976, is granted and the motion to hold defendant Bergman in contempt is denied; the matter is remanded for the purpose of fixing the fair and reasonable rental value of the premises. All proceedings pursuant to the order to be entered herein shall be stayed for 60 days from the date of entry of such order, except for an application to fix the fair and reasonable rental value and the receivers and their agents are to continue to act as heretofore granted in the order entered August 26, 1976 and the stipulation of the parties filed in this court on September 7, 1976. It is well recognized that "A mortgage clause under which the